A89A2330. FULTON COUNTY v. DANGERFIELD et al.
(403 SE2d 253)

BEASLEY, Judge.

On certiorari our decision affirming the trial court in *Fulton County v. Dangerfield*, 195 Ga. App. 208 (393 SE2d 285) (1990) was reversed in part in *Fulton County v. Dangerfield*, 260 Ga. 665 (398 SE2d 14) (1990). Accordingly, our decision in Division 1 is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed and case remanded. Sognier, C. J., McMurray, P. J., Banke, P. J., Birdsong, P. J., Carley, Pope and Andrews, JJ., concur. Cooper, J., disqualified.*

DECIDED FEBRUARY 12, 1991.

*Robert G. Young*, for appellant.
*Peek & Whaley, J. Corbett Peek, Jr., James G. Peek, Abraham A. Sharony*, for appellees.